| | |
|---|---|
| HEATHER SHIELDS<br>and<br>JASON SHIELDS | * |
| Plaintiffs | IN THE CIRCUIT COURT FOR<br>ANNE ARUNDEL COUNTY |
| v. | * |
| ALLSTATE INSURANCE COMPANY<br>and<br>ATLANTIC COASTAL DEVELOPMENT<br>CONTRACTOR'S, INC.<br>and<br>CYRIL RICHARD E. BENSON | Case No. 02-C-09-142037<br><br>JFM10CV0338 |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT

Plaintiffs Jason and Heather Shields, through their undersigned counsel, state:

### FACTS COMMON TO ALL COUNTS

1. Plaintiffs Jason and Heather Shields (Plaintiffs) are residents of Anne Arundel County, Maryland.

2. Defendant All State Insurance Company (hereinafter "Allstate") is a Maryland Corporation doing business in Anne Arundel County.

3. Defendant Atlantic Coastal Development Contractors, Inc. (hereinafter "Atlantic Coastal Development") is a Maryland Corporation doing business in Anne Arundel County.

4. Defendant Cyril Richard E. Benson (hereinafter "Richard Benson") is director and sole owner of Atlantic Coastal Development who acted on behalf of the corporation.

5. Richard Benson did not treat the company as an entity seperate from himself. He used the corporation as his alter ego depositing company checks into his personal checking account. Mr. Benson requested that Plaintiffs write checks to his personal account for work performed by the corporation.

6. The actions set forth in Paragraphs 4 and 5 therefore allow Plaintiffs to pierce the corporate veil of Atlantic Coastal Development Contractors, Inc.

7. On August 5, 2008, Plaintiffs entered into a contract with Atlantic Coastal Development Contractors, Inc. and Richard Benson for $179,900 to add a second floor to their home at 131 Riverside Drive, Edgewater, Maryland, 21037. Exhibit A.

EXHIBIT 3

8. During construction, Richard Benson and Atlantic Coastal Development negligently knocked the existing one story structure at 131 Riverside Drive off its foundation.

9. Subsequently, Richard Benson and Atlantic Coastal Development negligently demolished the existing one story property.

10. Plaintiffs paid Atlantic Coastal Development Contractors, Inc. and Richard Benson in excess of $90,000.

11. There is currently no structure on Plaintiffs' property at 131 Riverside Drive.

12. At the time of the damage and subsequent destruction of Plaintiffs' home, Plaintiff was covered by Homeowners insurance through Allstate Insurance Company (Policy #: 00090800680) for "accidental direct physical loss" to their home.

## COUNT ONE: BREACH OF CONTRACT
*Atlantic Coastal Contractor's Inc. and Cyril Richard E. Benson*

13. Plaintiffs incorporate paragraphs 1 through 9 as if fully set forth in this Count 1.

14. Atlantic Coastal Development Contractor's Inc. and Richard Benson have not performed any of the work they agreed to perform under the August 5, 2008 contract.

15. Atlantic Coastal Development Contractor's Inc. and Richard Benson have abandoned the job site.

16. Atlantic Coastal Development Contractor's Inc and Richard Benson have left debris and an open excavation site on the property at 131 Riverside Drive off its foundation.

17. Atlantic Coastal Development Contractor's Inc. and Richard Benson have failed to remove a large container on the property at 131 Riverside Drive off its foundation.

18. As a result of Atlantic Coastal Development's and Richard Benson's breach, Plaintiffs have had to seek alternative housing.

Wherefore, Plaintiffs request judgment against Defendant Atlantic Coastal Development and Richard Benson in the amount of $500,000, together with interest, costs and attorney's fees.

## COUNT TWO: NEGLIGENCE
*Atlantic Coastal Development Contractor's, Inc. and Cyril Richard E. Benson*

19. Plaintiffs incorporate paragraphs 1 through 15 as if fully set forth in this Count 2.

20. Defendant Atlantic Coastal Development and Richard Benson had a duty to conduct home renovations at Plaintiffs' property with a reasonable degree of care.

21. That when Defendant Atlantic Coastal Development through Richard Benson knocked the existing one-story structure off its foundation with a piece of construction equipment they breached that duty of care.

22. That Defendant Atlantic Coastal Development and Richard Benson further breached their duty of care when they subsequently demolished existing one-story structure.

Wherefore, Plaintiff requests judgment against Defendant Atlantic Coastal Development and Richard Benson in the amount of $500,000 for compensatory damages and $500,000 for punitive damages, together with interest, costs and attorney's fees.

COUNT THREE: BREACH OF CONTRACT
*Allstate Insurance Company*

23. Plaintiffs incorporate paragraphs 1 through 19 as if fully set forth in this Count 3.

24. Notwithstanding Plaintiffs' submission to Defendant Allstate of reasonable proof of direct physical loss, Defendant Allstate has refused and continues to refuse to compensate Plaintiffs for the physical loss to their property.

25. By failing to compensate Plaintiffs for the physical loss to their property, Defendant Allstate breached the terms of the homeowners policy.

Wherefore, Plaintiffs request judgment against Defendant Allstate in the amount of $500,000 together with interest, costs and attorney's fees.

Respectfully Submitted,

_____
Alan H. Legum
Alan Hilliard Legum, PA
275 West St., Suite 305
Annapolis, MD 21401
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of September, 2009, a copy of the foregoing Amended Complaint was mailed, by first-class mail, to:

Richard Benson
Atlantic Coastal Development Contractors, Inc.
257 Hammarlee Road
Glen Burnie MD 21060

Alan R. Siciliano
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham MD 20706     410 301 306 4300
*Attorney for Defendant, Atlantic Coastal Development*

V. Timothy Bambrick     410 783
Geneau M. Thames         6300
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore MD 21202
*Attorneys for Defendant, Allstate Insurance Company*

Alan Hilliard Legum
410 263 7300l

4